| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Dale K. Galipo, Esq.<br>Hang D. Le, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Tel No.: (818) 347-3333<br>Email: dalekgalipo@yahoo.com/hlee@galipolaw.com | |
| ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE RAZON-SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; ALDWIN SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; et al.<br>Plaintiff(s),<br>v.<br>CITY OF MURRIETA; MARK KWIATKOWSKI; MICHAEL MULLIGAN; RONALD SMITH; PHILLIP STINNETT; JACOB FERNANDEZ; TRAVIS BAKER; and DOES 1 through 10, inclusive,<br>Defendant(s). | CASE NUMBER:<br>5:25-cv-3433<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs Anne Razon-Salazar, Aldwin Salazar, Edline Salazar, Gabriela Salazar, Miya Salazar or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Anne Razon-Salazar | Plaintiff |
| Aldwin Salazar | Plaintiff |
| Edline Salazar | Plaintiff |
| Gabriela Salazar | Plaintiff |
| Miya Salazar | Plaintiff |
| City of Murrieta | Defendant |
| Mark Kwiatkowski | Defendant |
| Michael Mulligan | Defendant |
| Ronald Smith | Defendant |
| Phillip Stinnett | Defendant |
| Jacob Fernandez | Defendant |
| Travis Baker | Defendant |

| 12/17/2025 | /s/ Dale K. Galipo |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                              NOTICE OF INTERESTED PARTIES