# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

STATE FILE NUMBER: 3052025024120
LOCAL REGISTRATION NUMBER: 3202533001626

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): EDWIN
2. MIDDLE: LAXAMANA
3. LAST (Family): SALAZAR
4. DATE OF BIRTH mm/dd/ccyy: 12/11/1967
5. AGE Yrs: 57
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: PHLIPPNES
11. EVER IN U.S. ARMED FORCES?: [X] NO
12. MARITAL STATUS/SRDP: MARRIED
7. DATE OF DEATH mm/dd/ccyy: 01/30/2025
8. HOUR (24 Hours): 0030
13. EDUCATION – Highest Level/Degree: BACHELOR
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: [X] NO
16. DECEDENT'S RACE: FILIPINO
17. USUAL OCCUPATION: MANAGER
18. KIND OF BUSINESS OR INDUSTRY: MANUFACTURING OPERATIONS
19. YEARS IN OCCUPATION: 2

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 36125 CREIGHTON AVE APT. 17304
21. CITY: MURRIETA
22. COUNTY/PROVINCE: RIVERSIDE
23. ZIP CODE: 92563
24. YEARS IN COUNTY: 20
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: ANNE N. RAZON, SPOUSE
27. INFORMANT'S MAILING ADDRESS: 10523 CAMINITO BANYON, SAN DIEGO, CA 92131

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: ANNE
29. MIDDLE: N.
30. LAST (BIRTH NAME): RAZON
31. NAME OF PARENT – FIRST: EDUARDO
33. LAST (BIRTH NAME): SALAZAR
34. BIRTH STATE: PHLIPPNES
35. NAME OF PARENT – FIRST: ERLINDA
37. LAST (BIRTH NAME): DELEON
38. BIRTH STATE: PHLIPPNES

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE: 02/06/2025
40. PLACE OF FINAL DISPOSITION: RESIDENCE OF ANNE N. RAZON, 10523 CAMINITO BANYON, SAN DIEGO, CA 92131
41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
42. SIGNATURE OF EMBALMER: NOT EMBALMED
44. NAME OF FUNERAL ESTABLISHMENT: TRIDENT SOCIETY
45. LICENSE NUMBER: FD1902
46. SIGNATURE OF LOCAL REGISTRAR: JENNIFER CHEVINSKY, MD MPH
47. DATE: 02/06/2025

**PLACE OF DEATH**

101. PLACE OF DEATH: INLAND VALLEY MEDICAL CENTER
102. IF HOSPITAL, SPECIFY ONE: [X] ER/OP
104. COUNTY: RIVERSIDE
105. FACILITY ADDRESS: 36485 INLAND VALLEY DRIVE
106. CITY: WILDOMAR

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): PENDING

108. DEATH REPORTED TO CORONER?: [X] YES
REFERRAL NUMBER: 2025-01020
109. BIOPSY PERFORMED?: [X] NO
110. AUTOPSY PERFORMED?: [X] YES
111. USED IN DETERMINING CAUSE?: [X] YES

112. OTHER SIGNIFICANT CONDITIONS: -
113. WAS OPERATION PERFORMED: NO
113A. DECEDENT PREGNANT IN LAST YEAR?: [X] NO

**CORONER'S USE ONLY**

119. MANNER OF DEATH: [X] Pending Investigation

126. SIGNATURE OF CORONER / DEPUTY CORONER: TAMRA FOX
127. DATE: 02/05/2025
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: TAMRA FOX, DEP CORONER

---

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA } SS
COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*002408990*

DATE ISSUED **Feb 11, 2025**

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.
PHSOD (Rev) 08/21



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE