**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE RAZON-SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; ALDWIN SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; EDLINE SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; GABRIELA SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; and MIYA SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MURRIETA; MARK KWIATKOWSKI; MICHAEL MULLIGAN; RONALD SMITH; PHILLIP STINNETT; JACOB FERNANDEZ; TRAVIS BAKER; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.   5:25-cv-3433 <br><br> **DECLARATION OF EDLINE SALAZAR AS SUCCESSOR IN INTEREST TO EDWIN SALAZAR (CCP § 377.32)** <br><br> [Cal. Code Civ. Proc. §373] |

1

I, Edline Salazar, do hereby declare and state as follows:

1.  I am a competent adult over the age of eighteen.

2.  I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3.  The name of the decedent in this action is Edwin Salazar ("Decedent").

4.  I am the biological daughter of Decedent.

5.  Decedent's death occurred on January 30, 2025, in the City of Murrieta, California.

6.  No proceeding is currently pending in California for the administration of Decedent's estate.

7.  I am Decedent's successor-in-interest as defined in § 377.11 of the California Code of Civil Procedure. I succeed to Decedent's interest in this action or proceeding as his biological daughter.

8.  No other person has a superior right to commence this action or proceeding or to be substituted for Decedent in this pending action or proceeding, with the exception of Aldwin Salazar, Gabriela Salazar, and Miya Salazar, Decedent's biological children, and Anne Razon-Salazar, Decedent's legal spouse, all of whom have also executed declarations as Decedent's successors-in-interest.

9.  A true and correct copy of the death certificate of Decedent is attached hereto as "Exhibit A."

    I, Edline Salazar, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____12/15/2025_____ 2025 in ___San Diego___, California.



Edline Salazar

DECLARATION OF EDLINE SALAZAR AS SUCCESSOR IN INTEREST TO EDWIN SALAZAR (CCP § 377.32)