# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
## RIVERSIDE, CALIFORNIA

### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3052025024120
LOCAL REGISTRATION NUMBER: 3202533001626

**DECEDENT'S PERSONAL DATA**

- 1. NAME OF DECEDENT—FIRST (Given): EDWIN
- 2. MIDDLE: LAXAMANA
- 3. LAST (Family): SALAZAR
- 4. DATE OF BIRTH: 12/11/1967
- 5. AGE Yrs: 57
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: PHLIPPNES
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: MARRIED
- 7. DATE OF DEATH: 01/30/2025
- 8. HOUR (24 Hours): 0030
- 13. EDUCATION: BACHELOR
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
- 16. DECEDENT'S RACE: FILIPINO
- 17. USUAL OCCUPATION: MANAGER
- 18. KIND OF BUSINESS OR INDUSTRY: MANUFACTURING OPERATIONS
- 19. YEARS IN OCCUPATION: 2

**USUAL RESIDENCE**

- 20. DECEDENT'S RESIDENCE: 36125 CREIGHTON AVE APT. 17304
- 21. CITY: MURRIETA
- 22. COUNTY/PROVINCE: RIVERSIDE
- 23. ZIP CODE: 92563
- 24. YEARS IN COUNTY: 20
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

- 26. INFORMANT'S NAME, RELATIONSHIP: ANNE N. RAZON, SPOUSE
- 27. INFORMANT'S MAILING ADDRESS: 10523 CAMINITO BANYON, SAN DIEGO, CA 92131

**SPOUSE/SRDP AND PARENT INFORMATION**

- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: ANNE
- 29. MIDDLE: N.
- 30. LAST (BIRTH NAME): RAZON
- 31. NAME OF PARENT—FIRST: EDUARDO
- 33. LAST (BIRTH NAME): SALAZAR
- 34. BIRTH STATE: PHLIPPNES
- 35. NAME OF PARENT—FIRST: ERLINDA
- 37. LAST (BIRTH NAME): DELEON
- 38. BIRTH STATE: PHLIPPNES

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

- 39. DISPOSITION DATE: 02/06/2025
- 40. PLACE OF FINAL DISPOSITION: RESIDENCE OF ANNE N. RAZON, 10523 CAMINITO BANYON, SAN DIEGO, CA 92131
- 41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 44. NAME OF FUNERAL ESTABLISHMENT: TRIDENT SOCIETY
- 45. LICENSE NUMBER: FD1902
- 46. SIGNATURE OF LOCAL REGISTRAR: JENNIFER CHEVINSKY, MD MPH
- 47. DATE: 02/06/2025

**PLACE OF DEATH**

- 101. PLACE OF DEATH: INLAND VALLEY MEDICAL CENTER
- 102. IF HOSPITAL, SPECIFY ONE: ER/OP
- 104. COUNTY: RIVERSIDE
- 105. FACILITY ADDRESS: 36485 INLAND VALLEY DRIVE
- 106. CITY: WILDOMAR

**CAUSE OF DEATH**

- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): PENDING
- 108. DEATH REPORTED TO CORONER?: YES
  - REFERRAL NUMBER: 2025-01020
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: YES
- 111. USED IN DETERMINING CAUSE?: YES
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NO
- 113A. DECEDENT PREGNANT IN LAST YEAR?: NO

**CORONER'S USE ONLY**

- 119. MANNER OF DEATH: Pending Investigation
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: TAMRA FOX
- 127. DATE: 02/05/2025
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: TAMRA FOX, DEP CORONER

---

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*002408990*

DATE ISSUED **Feb 11, 2025**

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE