# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
## RIVERSIDE, CALIFORNIA

3052025024120 — STATE FILE NUMBER

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

3202533001626 — LOCAL REGISTRATION NUMBER

## DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT–FIRST (Given) | EDWIN |
| 2. MIDDLE | LAXAMANA |
| 3. LAST (Family) | SALAZAR |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | |
| 4. DATE OF BIRTH mm/dd/ccyy | 12/11/1967 |
| 5. AGE Yrs. | 57 |
| IF UNDER ONE YEAR Months/Days | |
| IF UNDER 24 HOURS Hours/Minutes | |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | PHLIPPNES |
| 10. SOCIAL SECURITY NUMBER | [redacted] |
| 11. EVER IN U.S. ARMED FORCES? | [X] NO |
| 12. MARITAL STATUS/SRDP (at Time of Death) | MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 01/30/2025 |
| 8. HOUR (24 Hours) | 0030 |
| 13. EDUCATION – Highest Level/Degree | BACHELOR |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | [X] NO |
| 16. DECEDENT'S RACE – Up to 3 races may be listed | FILIPINO |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | MANAGER |
| 18. KIND OF BUSINESS OR INDUSTRY | MANUFACTURING OPERATIONS |
| 19. YEARS IN OCCUPATION | 2 |

## USUAL RESIDENCE

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 36125 CREIGHTON AVE APT. 17304 |
| 21. CITY | MURRIETA |
| 22. COUNTY/PROVINCE | RIVERSIDE |
| 23. ZIP CODE | 92563 |
| 24. YEARS IN COUNTY | 20 |
| 25. STATE/FOREIGN COUNTRY | CA |

## INFORMANT

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | ANNE N. RAZON, SPOUSE |
| 27. INFORMANT'S MAILING ADDRESS | 10523 CAMINITO BANYON, SAN DIEGO, CA 92131 |

## SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | ANNE |
| 29. MIDDLE | N. |
| 30. LAST (BIRTH NAME) | RAZON |
| 31. NAME OF PARENT–FIRST | EDUARDO |
| 32. MIDDLE | - |
| 33. LAST (BIRTH NAME) | SALAZAR |
| 34. BIRTH STATE | PHLIPPNES |
| 35. NAME OF PARENT–FIRST | ERLINDA |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | DELEON |
| 38. BIRTH STATE | PHLIPPNES |

## FUNERAL DIRECTOR/LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 02/06/2025 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF ANNE N. RAZON 10523 CAMINITO BANYON, SAN DIEGO, CA 92131 |
| 41. TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | ▶ NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | TRIDENT SOCIETY |
| 45. LICENSE NUMBER | FD1902 |
| 46. SIGNATURE OF LOCAL REGISTRAR | ▶ JENNIFER CHEVINSKY, MD MPH |
| 47. DATE mm/dd/ccyy | 02/06/2025 |

## PLACE OF DEATH

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | INLAND VALLEY MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | [X] ER/OP. |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | |
| 104. COUNTY | RIVERSIDE |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 36485 INLAND VALLEY DRIVE |
| 106. CITY | WILDOMAR |

## CAUSE OF DEATH

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | PENDING |
| Time Interval Between Onset and Death (AT) | - |
| 108. DEATH REPORTED TO CORONER? | [X] YES |
| REFERRAL NUMBER | 2025-01020 |
| 109. BIOPSY PERFORMED? | [X] NO |
| 110. AUTOPSY PERFORMED? | [X] YES |
| 111. USED IN DETERMINING CAUSE? | [X] YES |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107
-

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.)
NO

113A. DECEDENT PREGNANT IN LAST YEAR? [X] NO

## PHYSICIAN'S CERTIFICATION

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since / Decedent Last Seen Alive
(A) mm/dd/ccyy (B) mm/dd/ccyy

115. SIGNATURE AND TITLE OF CERTIFIER ▶

116. LICENSE NUMBER

117. DATE mm/dd/ccyy

118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

## CORONER'S USE ONLY

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: [X] Pending Investigation

120. INJURED AT WORK?

121. INJURY DATE mm/dd/ccyy

122. HOUR (24 Hours)

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)

125. LOCATION OF INJURY (Street and number, or location, and city, and zip)

| Field | Value |
|---|---|
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | ▶ TAMRA FOX |
| 127. DATE mm/dd/ccyy | 02/05/2025 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | TAMRA FOX, DEP CORONER |

STATE REGISTRAR: A B C D E | FAX AUTH.# | CENSUS TRACT

*002408990*

## CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA }
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

DATE ISSUED **Feb 11, 2025**

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.
FBNCD (Rev) 08/21

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

