# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

STATE FILE NUMBER: 3052025024120
LOCAL REGISTRATION NUMBER: 3202533001626

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT–FIRST (Given) | EDWIN |
| 2. MIDDLE | LAXAMANA |
| 3. LAST (Family) | SALAZAR |
| 4. DATE OF BIRTH | 12/11/1967 |
| 5. AGE Yrs. | 57 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | PHLIPPNES |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | MARRIED |
| 7. DATE OF DEATH | 01/30/2025 |
| 8. HOUR (24 Hours) | 0030 |
| 13. EDUCATION | BACHELOR |
| 14/15. WAS DECEDENT HISPANIC/LATINO | NO |
| 16. DECEDENT'S RACE | FILIPINO |
| 17. USUAL OCCUPATION | MANAGER |
| 18. KIND OF BUSINESS OR INDUSTRY | MANUFACTURING OPERATIONS |
| 19. YEARS IN OCCUPATION | 2 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 36125 CREIGHTON AVE APT. 17304 |
| 21. CITY | MURRIETA |
| 22. COUNTY/PROVINCE | RIVERSIDE |
| 23. ZIP CODE | 92563 |
| 24. YEARS IN COUNTY | 20 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | ANNE N. RAZON, SPOUSE |
| 27. INFORMANT'S MAILING ADDRESS | 10523 CAMINITO BANYON, SAN DIEGO, CA 92131 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | ANNE |
| 29. MIDDLE | N. |
| 30. LAST (BIRTH NAME) | RAZON |
| 31. NAME OF PARENT–FIRST | EDUARDO |
| 32. MIDDLE | - |
| 33. LAST (BIRTH NAME) | SALAZAR |
| 34. BIRTH STATE | PHLIPPNES |
| 35. NAME OF PARENT–FIRST | ERLINDA |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | DELEON |
| 38. BIRTH STATE | PHLIPPNES |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 02/06/2025 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF ANNE N. RAZON, 10523 CAMINITO BANYON, SAN DIEGO, CA 92131 |
| 41. TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | TRIDENT SOCIETY |
| 45. LICENSE NUMBER | FD1902 |
| 46. SIGNATURE OF LOCAL REGISTRAR | JENNIFER CHEVINSKY, MD MPH |
| 47. DATE | 02/06/2025 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | INLAND VALLEY MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | ER/OP |
| 104. COUNTY | RIVERSIDE |
| 105. FACILITY ADDRESS | 36485 INLAND VALLEY DRIVE |
| 106. CITY | WILDOMAR |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | PENDING |
| 108. DEATH REPORTED TO CORONER? | YES |
| REFERRAL NUMBER | 2025-01020 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | - |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |

**CORONER'S USE ONLY**

| Field | Value |
|---|---|
| 119. MANNER OF DEATH | Pending Investigation |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | TAMRA FOX |
| 127. DATE | 02/05/2025 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | TAMRA FOX, DEP CORONER |

---

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA } SS
COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*002408990*

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

DATE ISSUED **Feb 11, 2025**

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.
PHVCD (Rev) 08/21



COUNTY OF RIVERSIDE
REGISTRAR OF VITAL RECORDS
Riverside University Health System
PUBLIC HEALTH
MAY 9, 1893

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE