| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| 2 | Mitchell D. Dean, Esq. (SBN 128926)<br>Brooke Mesner, Esq. (SBN 354265) |
| 3 | 440 Stevens Avenue, Suite 100<br>Solana Beach, CA 92075 |
| 4 | Telephone: (858) 380-4683<br>Facsimile: (858) 492-0486 |
| 5 | E-mail: mdean@deangazzo.com<br>bmesner@deangazzo.com |

Attorneys for Defendants
City of Murrieta, Mark Kwiatkowski, Michael Mulligan, Ronald Smith, Phillip Stinnett, Jacob Fernandez, and Travis Baker

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE RAZON-SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; ALDWIN SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; EDLINE SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; GABRIELA SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; and MIYA SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MURRIETA; MARK KWIATKOWSKI; MICHAEL MULLIGAN; RONALD SMITH; PHILLIP STINNETT; JACOB FERNANDEZ; TRAVIS BAKER; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-03433 AH (SKx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANTS CITY OF MURRIETA, MARK KWIATKOWSKI, MICHAEL MULLIGAN, RONALD SMITH, PHILLIP STINNETT, JACOB FERNANDEZ, AND TRAVIS BAKER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BROOKE M. MESNER**<br><br>Date: March 25, 2026<br>Time: 1:30 p.m.<br>Courtroom: 9C<br>Judge: Hon. Anne Hwang<br>Magistrate: Hon. Steve Kim<br><br>Complaint Filed: 12/17/2025<br>Trial Date: None set |

**PLEASE TAKE NOTICE** that on March 25, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9C of the Honorable

Anne Hwang, located at 350 W. 1st Street, Los Angeles, California, Defendants City of Murrieta, Mark Kwiatkowski, Michael Mulligan, Ronald Smith, Phillip Stinnett, Jacob Fernandez, and Travis Baker,  ("Defendants") will and hereby does move to dismiss under Federal Rule of Civil Procedure 12(b)(6) to dismiss the Third and Fourth Claims in Plaintiffs' First Amended Complaint.

This motion will be based upon this notice, the accompanying memorandum of points and authorities, the Declaration of Brooke M. Mesner, the exhibits filed concurrently herewith, and upon all papers and pleadings on file in this action. As laid out in Brooke M. Mesner's declaration, a meet and confer attempt with plaintiffs' counsel was not successful.

Dated: February 13, 2026

Dean Gazzo Roistacher LLP

By: /s/ *Brooke M. Mesner*
Mitchell D. Dean
Brooke Mesner
Attorneys for Defendants
City of Murrieta, Mark Kwiatkowski, Michael Mulligan, Ronald Smith, Phillip Stinnett, Jacob Fernandez, and Travis Baker

2

Case No.: 5:25-cv-03433 AH (SKx)