# EXHIBIT 2

 Outlook

---

**Re: Razon, Anne v. City of Murrieta, et al.**

---

| | |
|---|---|
| **From** | Hang Le <hlee@galipolaw.com> |
| **Date** | Thu 2/12/2026 10:39 AM |
| **To** | Brooke Mesner <bmesner@deangazzo.com>; Mari Kilcrease <mkilcrease@deangazzo.com>; Dale K. Galipo <dalekgalipo@yahoo.com> |
| **Cc** | Mitch Dean <mdean@deangazzo.com>; Santiago Laurel <slaurel@galipolaw.com> |

Good morning Brooke,

We are in receipt of Defendants' Meet and Confer letter. After reviewing the letter and authorities, we believe we have pled sufficient facts to support Plaintiffs' Fourteenth Amendment claim and Inadequate Training claim. We intend on opposing Defendants' Motion to Dismiss.

Best,
Hang

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Brooke Mesner <bmesner@deangazzo.com>
**Date:** Monday, February 9, 2026 at 4:33 PM
**To:** Mari Kilcrease <mkilcrease@deangazzo.com>, Dale K. Galipo <dalekgalipo@yahoo.com>, Hang Le <hlee@galipolaw.com>
**Cc:** Mitch Dean <mdean@deangazzo.com>
**Subject:** Re: Razon, Anne v. City of Murrieta, et al.

Hang,

Following up with the below correspondence. Please let me know your availability to discuss. Our motion is due this Friday, February 13th.

Thank you,

Brooke Mesner

Get Outlook for iOS

**From:** Mari Kilcrease <mkilcrease@deangazzo.com>
**Sent:** Wednesday, February 4, 2026 9:53:09 AM
**To:** Dale K. Galipo <dalekgalipo@yahoo.com>; Hang Le <hlee@galipolaw.com>
**Cc:** Mitch Dean <mdean@deangazzo.com>; Brooke Mesner <bmesner@deangazzo.com>
**Subject:** Razon, Anne v. City of Murrieta, et al.

Dear Counsel:

Please see attached correspondence in the above-referenced matter.  Should you have any
questions, please reply directly to bmesner@deangazzo.com.

Very truly yours,


Brooke M. Mesner
Attorney



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
bmesner@deangazzo.com
(858) 433-4721 Direct
www.deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt

from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect

party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply,

delete any such unauthorized receipt and return any hard copy by U.S. mail to the address shown above.  Thank you.


Transmitted by
Mari Kilcrease