**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNE RAZON-SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; ALDWIN SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; EDLINE SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; GABRIELA SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; and MIYA SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MURRIETA; MARK KWIATKOWSKI; MICHAEL MULLIGAN; RONALD SMITH; PHILLIP STINNETT; JACOB FERNANDEZ; TRAVIS BAKER; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-03433 AH (SKx)<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANTS CITY OF MURRIETA, MARK KWIATKOWSKI, MICHAEL MULLIGAN, RONALD SMITH, PHILLIP STINNETT, JACOB FERNANDEZ, AND TRAVIS BAKER**<br><br>Date: March 25, 2026<br>Time: 1:30 p.m.<br>Courtroom: 9C<br>Judge: Hon. Anne Hwang<br>Magistrate: Hon. Steve Kim<br><br>Complaint Filed: 12/17/2025<br>Trial Date: None set |

The Motion to Dismiss of Defendants City of Murrieta, Mark Kwiatkowski, Michael Mulligan, Ronald Smith, Phillip Stinnett, Jacob Fernandez, Travis Baker,

///

1 | and DOES 1 through 10, ("Defendants") came on regularly before the Honorable
2 | Anne Hwang on March 25. 2026.
3 |     The Court having read and duly considered the moving, opposing, and reply
4 | documents, and having duly considered all evidence and argument presented in
5 | connection therewith, grants the Motion and dismisses Plaintiffs' third and fourth,
6 | claims for relief without leave to amend.
7 |     **IT IS SO ORDERED.**
8 | Dated: _____    By:_____
9 |                                       Honorable Anne Hwang
                                      United States District Judge