1  Dean Gazzo Roistacher LLP
   Mitchell D. Dean, Esq. (SBN 128926)
2  Brooke Mesner, Esq. (SBN 354265)
   440 Stevens Avenue, Suite 100
3  Solana Beach, CA 92075
   Telephone: (858) 380-4683
4  Facsimile: (858) 492-0486
   E-mail:   mdean@deangazzo.com
5            bmesner@deangazzo.com

6  Attorneys for Defendants
   City of Murrieta, Mark Kwiatkowski, Michael
7  Mulligan, Ronald Smith, Phillip Stinnett, Jacob
   Fernandez, and Travis Baker

8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE RAZON-SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; ALDWIN SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; EDLINE SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; GABRIELA SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; and MIYA SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MURRIETA; MARK KWIATKOWSKI; MICHAEL MULLIGAN; RONALD SMITH; PHILLIP STINNETT; JACOB FERNANDEZ; TRAVIS BAKER; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 5:25-cv-03433 AH (SKx) <br><br> **NOTICE OF WITHDRAWAL OF DOCS ECF 23 THROUGH ECF 23-5 BY DEFENDANTS CITY OF MURRIETA, MARK KWIATKOWSKI, MICHAEL MULLIGAN, RONALD SMITH, PHILLIP STINNETT, JACOB FERNANDEZ, AND TRAVIS BAKER** <br><br> Courtroom: 9C <br> Judge: Hon. Anne Hwang <br> Magistrate: Hon. Steve Kim <br><br> Complaint Filed: 12/17/2025 <br> Trial Date: None set |

///

///

1

Case No.: 5:25-cv-03433 AH (SKx)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 13, 2026, Defendants City of Murrieta, Mark Kwiatkowski, Michael Mulligan, Ronald Smith, Phillip Stinnett, Jacob Fernandez, and Travis Baker filed a Notice of Motion and Motion to Dismiss Plaintiff's Complaint, Memorandum of Points and Authorities, Declaration of Brooke M. Mesner, Exhibit 1, Exhibit 2 and Proposed Order [ECF Nos. 23 through 23-5]  Defendants now withdraw the Motion and all Supporting Documents.

Dated: February 13, 2026                    Dean Gazzo Roistacher LLP

                                   By: /s/ *Brooke M. Mesner*
                                       Mitchell D. Dean
                                       Brooke Mesner
                                       Attorneys for Defendants
                                       City of Murrieta, Mark
                                       Kwiatkowski, Michael Mulligan,
                                       Ronald Smith, Phillip Stinnett, Jacob
                                       Fernandez, and Travis Baker