Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Brooke Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:   mdean@deangazzo.com
          bmesner@deangazzo.com

Attorneys for Defendants
City of Murrieta, Mark Kwiatkowski, Michael Mulligan, Ronald Smith, Phillip Stinnett, Jacob Fernandez, and Travis Baker

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE RAZON-SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; ALDWIN SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; EDLINE SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; GABRIELA SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar; and MIYA SALAZAR, individually and as successor-in-interest to Decedent, Edwin Salazar,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MURRIETA; MARK KWIATKOWSKI; MICHAEL MULLIGAN; RONALD SMITH; PHILLIP STINNETT; JACOB FERNANDEZ; TRAVIS BAKER; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-03433 AH (SKx)<br><br>**DECLARATION OF BROOKE M. MESNER IN SUPPORT OF MOTION TO DISMISS THIRD AND FOURTH CAUSES OF ACTION FROM PLAINTIFFS' FIRST AMENDED COMPLAINT BY DEFENDANTS CITY OF MURRIETA, MARK KWIATKOWSKI, MICHAEL MULLIGAN, RONALD SMITH, PHILLIP STINNETT, JACOB FERNANDEZ, AND TRAVIS BAKER**<br><br>Date:      March 25, 2026<br>Time:      1:30 p.m.<br>Courtroom: 9C<br>Judge:     Hon. Anne Hwang<br>Magistrate: Hon. Steve Kim<br><br>Complaint Filed: 12/17/2025<br>Trial Date: None set |

///

///

1

I, Brooke M. Mesner, declare as follows:

1. I am an attorney at law, duly admitted to practice before the courts of this state, and am an associate with the firm of Dean Gazzo Roistacher, LLP, attorneys of record for defendants City of Murrieta, Mark Kwiatkowski, Michael Mulligan, Ronald Smith, Phillip Stinnett, Jacob Fernandez, and Travis Baker in the above matter.

2. I have personal knowledge of all the matters stated herein, and if called as a witness, I could competently testify thereto.

3. On January 30th, 2026, plaintiffs served defendants with the First Amended Complaint.

4. On January 30th, 2026, counsel for the plaintiffs and defendants entered into an electronic service agreement.

5. Pursuant to Local Rule 7-3, on February 4, 2026, I sent a meet and confer correspondence to plaintiffs' counsel regarding our intent to file a motion to dismiss and requested a time to discuss telephonically or over Zoom. A true and correct copy of my meet and confer correspondence is attached hereto as Exhibit "1."

6. On February 9, 2026, I followed up with plaintiffs' counsel via email in efforts to meet and confer pursuant to Local Rule 7-3. A true and correct copy of this email correspondence is attached hereto as Exhibit "2."

7. On February 11, 2026, I called plaintiffs' counsel in efforts to meet and confer. I was told that plaintiffs' counsel was unavailable as they began trial in a separate matter on February 9, 2026.

8. On February 12, 2026, I received an email from plaintiffs' counsel stating they read my correspondence, and it is their belief they plead sufficient

///

///

///

Case No.: 5:25-cv-03433 AH (SKx)

1 | facts. A true and correct copy of this email correspondence is attached hereto as
2 | Exhibit "2."

3     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 13th day of February 2026, at Solana Beach, California.

    */s/ Brooke M. Mesner*
    Brooke M. Mesner, declarant