1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10   ANNE RAZON-SALAZAR,                    Case No.:  5:25-cv-03433 AH (SKx)
     individually and as successor-in-
11   interest to Decedent, Edwin Salazar;   **[PROPOSED] ORDER ON MOTION**
     ALDWIN SALAZAR, individually          **TO DISMISS THIRD AND FOURTH**
12   and as successor-in-interest to        **CAUSES OF ACTION FROM**
     Decedent, Edwin Salazar; EDLINE        **PLAINTIFFS' FIRST AMENDED**
13   SALAZAR, individually and as           **COMPLAINT BY DEFENDANTS**
     successor-in-interest to Decedent,     **CITY OF MURRIETA, MARK**
14   Edwin Salazar; GABRIELA                **KWIATKOWSKI, MICHAEL**
     SALAZAR, individually and as           **MULLIGAN, RONALD SMITH,**
15   successor-in-interest to Decedent,     **PHILLIP STINNETT, JACOB**
     Edwin Salazar; and MIYA                **FERNANDEZ, AND TRAVIS**
16   SALAZAR, individually and as           **BAKER**
     successor-in-interest to Decedent,
17   Edwin Salazar,                         Date:        March 25, 2026
                                            Time:        1:30 p.m.
18          Plaintiffs,                     Courtroom:   9C
                                            Judge:       Hon. Anne Hwang
19          v.                              Magistrate:  Hon. Steve Kim

20   CITY OF MURRIETA; MARK                 Complaint Filed: 12/17/2025
     KWIATKOWSKI; MICHAEL                   Trial Date: None set
21   MULLIGAN; RONALD SMITH;
     PHILLIP STINNETT; JACOB
22   FERNANDEZ; TRAVIS BAKER;
     and DOES 1 through 10, inclusive,
23
            Defendants.
24

25          The Motion to Dismiss of Defendants City of Murrieta, Mark Kwiatkowski,

26   Michael Mulligan, Ronald Smith, Phillip Stinnett, Jacob Fernandez, Travis Baker,

27   ///

28
                                            1

1    and DOES 1 through 10, ("Defendants") came on regularly before the Honorable

2    Anne Hwang on March 25. 2026.

3         The Court having read and duly considered the moving, opposing, and reply

4    documents, and having duly considered all evidence and argument presented in

5    connection therewith, grants the Motion and dismisses Plaintiffs' third and fourth,

6    claims for relief without leave to amend.

7         **IT IS SO ORDERED.**

8    Dated: _____            By:_____

9                                  Honorable Anne Hwang
                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 5:25-cv-03433 AH (SKx)