# Exhibit A

**DISTRICT JUDGE ANNE HWANG**
<u>**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**</u>
Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The parties must make every effort to agree on dates or the court will set them.

| Case No. 5:25-cv-03433-AH-SK | Case Name: Anne Razon-Salazar, et al. v. City of Murrieta, et al | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date** mm/dd/yyyy | **Def(s)' Date** mm/dd/yyyy |
| Check one:  ☒ Jury Trial   or  ☐ Bench Trial [<u>Tuesday</u> at 8:30 a.m.] Estimated Duration: __5-7__ Days | | 06/06/2028 | Agree |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine* [<u>Wednesday</u> at least 20 days before trial] | | 05/17/2028 | Agree |
| **Event[1]** <u>Note</u>: Hearings shall be on Wednesdays at 1:30 p.m.[2] Other dates can be any day of the week. | **Time Computation[3]** | **Pl(s)' Date** mm/dd/yyyy | **Def(s)' Date** mm/dd/yyyy |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties [Wednesday] | 6 weeks after scheduling conference | 08/05/2026 | Agree |
| Fact Discovery Cutoff (no later than deadline for filing dispositive motion) | 18 weeks before FPTC | 01/14/2028 | Agree |
| Expert Disclosure (Initial) | 16 weeks before FPTC | 01/28/2028 | Agree |
| Expert Disclosure (Rebuttal) | 14 weeks before FPTC | 02/04/2028 | Agree |
| Expert Discovery Cutoff | 13 weeks before FPTC[4] | 02/18/2028 | Agree |
| Last Date to <u>Hear</u> Motions [Wednesday] • Parties shall take note of the Court's briefing schedule as set forth in the Civil Standing Order, found on Judge Hwang's website | 12 weeks before FPTC | 02/23/2028 | Agree |
| Deadline to Complete Settlement Conference [L.R. 16-15] <u>Select one</u>:  ☐ 1. Magistrate Judge (with Court approval)          ☐ 2. Court Mediation Panel          ☒ 3. Private Mediation | 5 weeks before FPTC | 04/12/2028 | Agree |
| <u>Trial Filings</u> (first round) • Motions *in Limine* • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Joint Witness List • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only) • Declarations containing Direct Testimony, if ordered (bench trial only) • Requests for judicial notice | 4 weeks before FPTC | 04/19/2028 | Agree |
| <u>Trial Filings</u> (second round) • Oppositions to Motions *in Limine* • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] • Joint Agreed Upon Proposed Jury Instructions (jury trial only) • Disputed Proposed Jury Instructions (jury trial only) • Joint Proposed Verdict Forms (jury trial only) • Joint Proposed Statement of the Case (jury trial only) • Proposed Voir Dire Questions, if any (jury trial only) • Evidentiary Objections to Declarations of Direct Testimony (bench trial only) • Challenged Exhibits Table • Deposition designations as to which the parties have any dispute or objection | 2 weeks before FPTC | 05/03/2028 | Agree |
| <u>Other Dates</u> (e.g., class cert motion cutoff, early mediation, etc.) | | | |

---

[1] The parties may seek dates for additional events by filing a separate stipulation and proposed order.
[2] By default, all hearings shall proceed in person, unless a request is made by the parties and granted by the Court.
[3] The numbers below represent the court's recommended timeline.  The parties may propose alternate dates based on the needs of each individual case.  But in every case, the last date to hear motions shall be no later than eight (8) weeks before the deadline for Trial Filings (First Round), and the deadline for Trial Filings (First Round) and Trial Filings (Second Round) must be no later than four (4) and two (2) weeks before the FPTC, respectively.
[4] The parties may choose to cut off expert discovery prior to the deadline to file a motion for summary judgment.